Opinion issued August 9, 2007

 












 

In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-01135-CR

____________


MICHAEL RANDLE RAINVILLE, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 10th District Court 

Galveston County, Texas

Trial Court Cause No. 06CR0738






MEMORANDUM OPINION

 On July 24, 2007, appellant, Michael Randle Rainville, filed a motion to
dismiss this appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

 We direct the Clerk of this Court to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Bland.

Do not publish. Tex. R. App. P. 47.2(b).